■ MICHAEL McCABE, Respondent, v CSX TRANSPORTATION, INC., Appellant. (Appeal No. 2.) [810 NYS2d 718]—Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered March 11, 2005 in a personal injury action. The order denied defendant's motion for leave to renew.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *McCabe v CSX Transp.* (27 AD3d 1150 [2006]). Present—Hurlbutt, J.P., Gorski, Martoche, Smith and Hayes, JJ.